**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHARLES ARCHIE HOLMES** : | |
| : | **CIVIL ACTION** |
| v. : | No. 22-3240 |
| : | |
| **VINH C. LY** : | |

## ORDER

This 16th day of December, 2022, it is hereby **ORDERED** that Appellant's Motion for Judicial Notice, ECF 10, is **DENIED** and the August 2, 2022 Order of the United States Bankruptcy Court granting Mr. Vinh C. Ly relief from stay is **AFFIRMED**.

It is further **ORDERED** that the Motion for Entry of Default, ECF 7, is **DENIED** as moot.

                                                                        /s/ Gerald Austin McHugh
                                                                   United States District Judge